**Milo McCormick STANLEY, Petitioner–Appellant,**

v.

**Charles L. RYAN, Respondent–Appellee.**

No. 11–99014.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 19, 2013.

Filed May 28, 2013.

Paula K. Harms, Assistant Federal Public Defender, Phoenix, AZ, for Petitioner–Appellant.

Julie A. Done, Assistant Attorney General, Capital Litigation Section, Phoenix, AZ, for Respondent–Appellee.

Before: JOHNNIE B. RAWLINSON, CARLOS T. BEA, and SANDRA S. IKUTA, Circuit Judges.

## ORDER

Petitioner Milo McCormick Stanley (Stanley) appealed the district court's vacatur of an evidentiary hearing ordered by this court and denial of his petition for a writ of habeas corpus. On May 10, 2013, Stanley's counsel informed this court that Stanley passed away in prison. Due to Stanley's death, we dismiss his appeal and "remand this case to the district court for dismissal of the petition for a writ of habeas corpus as moot and for further proceedings as may be required, including the vacatur of any prior orders." *Farmer v. McDaniel*, 692 F.3d 1052 (9th Cir.2012) (citation omitted).

**DISMISSED AND REMANDED.**